**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BRENDA LEE and LEE EDWARDS; PATRICIA TUCKER and INGRID SWENSON; ELVIE JORDAN and CHALLIS GIBBS; RONALD DORFMAN and KENNETH ILIO, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID ORR, in his official capacity as COOK COUNTY CLERK, <br><br> Defendant. | Case No. 13 cv 8719 <br><br> Hon. Judge Sharon J. Coleman <br><br> Magistrate Judge Maria Valdez |

### ILLINOIS ATTORNEY GENERAL'S MOTION TO INTERVENE

Pursuant to Rules 5.1 and 24 of the Federal Rules of Civil Procedure, Lisa Madigan, Attorney General of the State of Illinois (the "Attorney General"), moves to intervene in this case to address the plaintiffs' challenge to the constitutional validity, as applied to them, of the provisions of the Illinois Marriage and Dissolution of Marriage Act ("the Act"), 750 ILCS § 5/101, *et seq.*, that prohibit marriage between same-sex couples, and, in support of this motion, states:

1. On December 6, 2013, plaintiffs filed this action, pursuant to 42 U.S.C. § 1983, on behalf of themselves and similarly situated individuals, against defendant Clerk of Cook County, Illinois David Orr ("Orr"). Although the Illinois Governor recently signed into law Public Act 98–597, which legalizes same-sex marriages in Illinois as of June 1, 2014, Plaintiffs' complaint seeks interlocutory and permanent injunctive relief enjoining Orr from applying against them the currently effective provisions of the Act that prohibit him from granting marriage licenses to same-sex couples. Count I of Plaintiffs' Complaint alleges that the challenged provisions of the Act violate the Due Process Clause of the Fourteenth Amendment of the United States Constitution by unduly permitting governmental interference with the right to personal liberty and the right to

privacy. *See* U.S. Const., amend. XIV, § 1. Count II alleges that the challenged provisions of the Act violate the Equal Protection Clause of the Fourteenth Amendment. *Id.*

2. The Attorney General is the chief legal officer of the State of Illinois. Ill. Const., Art. V, § 15. Pursuant to Federal Rule of Civil Procedure 5.1(a), on December 6, 2013, the plaintiffs served the Attorney General with notice of their claims challenging the constitutionality of the provisions of the Act preventing Orr from granting them a marriage license. Rule 5.1(c) provides that, within 60 days after receiving such notice (or certification by the Court of a challenge to the constitutionality of a statute, whichever occurs first), the Attorney General "may intervene."

3. Pursuant to Rules 5.1 and 24 of the Federal Rules of Civil Procedure, the Attorney General moves to intervene in this action and submits with this motion the proposed pleading for which intervention is sought.

WHEREFORE, the Attorney General respectfully requests leave to intervene in this case to address the plaintiffs' challenge to the constitutional validity of the challenged provisions of the Act, as set forth in her proposed pleading.

December 6, 2013

Malini Rao
*mrao@atg.state.il.us*
(312) 814-3909

Christopher Kim
*ckim@atg.state.il.us*
(312) 793-2403

Assistant Attorneys General
100 W. Randolph St.
Chicago, IL 60601

Respectfully submitted,

 /s/ *Richard Huszagh*
Richard S. Huszagh
*rhuszagh@atg.state.il.us*
Assistant Attorney General
100 W. Randolph St., 12th Floor
Chicago, IL 60601
(312) 814-2587

**Certificate of Filing and Service**

The undersigned, an attorney, hereby certifies that on December 6, 2013, he caused the foregoing <u>Illinois Attorney General's Motion to Intervene</u> to be filed electronically with the U.S. District Court for the Northern District of Illinois, with copies thereby automatically served electronically on all other counsel of record registered with the Court's CM/ECF system in this case, and also to be served by postage-prepaid first class mail in envelopes addressed to:

| | |
|---|---|
| Emily Nicklin, P.C.<br>Jordan M. Heinz<br>Jeremy Press<br>Mishan Wroe<br>KIRKLAND & ELLIS LLP<br>300 N. LaSalle St.<br>Chicago, IL 60654 | John A. Knight<br>Harvey Grossman<br>Karen Sheley<br>ROGER BALDWIN FOUNDATION<br>OF ACLU, INC.<br>180 N. Michigan Ave., Suite 2300<br>Chicago, IL 60601 |
| Camilla B. Taylor<br>Christopher R. Clark<br>LAMBDA LEGAL DEFENSE AND<br>EDUCATION FUND, INC.<br>Midwest Regional Office<br>105 W. Adams St., Suite 2600<br>Chicago, IL 60603 | Marc O. Beem<br>Zachary J. Freeman<br>M. David Weisman<br>Kay L. Dawson<br>MILLER SHAKMAN & BEEM LLP<br>180 N. LaSalle St., Suite 3600<br>Chicago, IL 60601 |
| David Orr, Cook County Clerk<br>c/o Anita Alvarez<br>State's Attorney<br>Patrick T. Driscoll, Jr.<br>Assistant State's Attorneys<br>500 Richard J. Daley Center<br>50 W. Washington St.<br>Chicago, IL 60602 | |

                                          /s/ *Richard Huszagh*
                                        Richard S. Huszagh