**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| BRENDA LEE and LEE EDWARDS; PATRICIA TUCKER and INGRID SWENSON; ELVIE JORDAN and CHALLIS GIBBS; RONALD DORFMAN and KENNETH ILIO, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) ) | Case No. 1:13-cv-8719 |
| | ) | Hon. Judge Sharon J. Coleman |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| DAVID ORR, in his official capacity as COOK COUNTY CLERK, | ) ) ) | |
| Defendant. | ) ) | |
| STATE OF ILLINOIS, *ex rel.* Lisa Madigan, Attorney General of the State of Illinois, | ) ) ) ) | |
| Intervenor. | ) ) | |

**PLAINTIFFS' UNOPPOSED NOTICE OF SUPPLEMENTAL AUTHORITY IN
SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

Plaintiffs respectfully submit this unopposed notice of supplemental authority in support of their motion for summary judgment to call the Court's attention to the recent decision in *Bishop v. U.S. ex rel. Holder*, 2014 WL 116013 (N.D. Okla. January 14, 2014) (Ex. A), in which Judge Kern from the Northern District of Oklahoma held that the 2004 Oklahoma state constitutional amendment defining marriage as "the union of one man and one woman" violated the Equal Protection Clause of the U.S. Constitution. *Id.* at *33.

The *Bishop* opinion reached the following relevant conclusions:

1.    The Oklahoma marriage ban was a product of intentional discrimination, because "[i]ts effect is to prevent every same-sex couple in Oklahoma from receiving a marriage license

and no other couple," *id.* at *21, and because the timing of the amendment in relation to the Massachusetts Supreme Court ruling in *Goodridge v. Dept. of Pub. Health*, 798 N.E.2d 941 (Mass. 2003) "raise[d] the inference that it was adopted, at least in part, for the purpose of excluding the class from marriage." *Id.* at *22.

2.      All of Oklahoma's proffered justifications for excluding same-sex couples from marriage were either (a) impermissible, *id.* at *27 (moral disapproval), 32 (negative impact on marriage); or (b) irrational, *id.* at *30 (encouraging responsible procreation), 31 (promoting the "optimal" child-rearing environment), therefore the Oklahoma marriage ban could not withstand rational basis scrutiny.   "[T]he Court concludes that exclusion of same-sex couples is 'so attenuated' from any of [the State's] goals that the exclusion cannot survive rational-basis review." *Id.* at *33.

3.      "Equal protection . . . is not a scarce commodity to be meted out begrudgingly or in short portions. . . . The Bishop couple has been in a loving, committed relationships [sic] for many years.   They own property together, wish to retire together, wish to make medical decisions for one another, and wish to be recognized as a married couple with all its attendant rights and responsibilities.   Part A of the Oklahoma Constitutional Amendment excludes the Bishop couple, and all otherwise eligible same-sex couples, from this privilege without a legally sufficient justification." *Id.*

Respectfully submitted,


/s/  Jordan M. Heinz

Jordan M. Heinz
Jeremy Press
Lally Gartel
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois  60654
Tel:  (312) 862-2000
Fax:  (312) 862-2200

Camilla B. Taylor
Christopher R. Clark
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
Midwest Regional Office
105 West Adams, Suite 2600
Chicago, Illinois  60603
Tel:  (312) 663-4413
Fax:  (312) 663-4307

*Attorneys for Plaintiffs*

Dated:  January 17, 2014

John A. Knight
Harvey Grossman
Karen Sheley
ROGER BALDWIN FOUNDATION
OF ACLU, INC.
180 North Michigan Avenue, Suite 2300
Chicago, Illinois  60601
Tel:  (312) 201-9740
Fax:  (312) 288-5225

Marc O. Beem (Atty No. 00155284)
Zachary J. Freeman (Atty No. 06281413)
M. David Weisman (Atty No. 6230714)
Kay L. Dawson (Atty No. 6312631)\
MILLER SHAKMAN & BEEM LLP
180 North LaSalle Street, Suite 3600
Chicago, Illinois  60601
Tel:  (312) 263-3700
Fax:  (312) 263-3270

## CERTIFICATE OF SERVICE

I, Jordan M. Heinz, an attorney, certify that on January 17, 2014, I caused the foregoing

document to be served via ECF, email, and U.S. Mail on the following counsel:


Kent Ray
Paul Fangman
ASSISTANT STATE'S ATTORNEYS
500 Richard J. Daley Center
50 West Washington Street
Chicago, IL  60602

*Counsel for Defendant David Orr*


Richard Huszagh
Malini Rao
Christopher Kim
OFFICE OF THE ILLINOIS ATTORNEY GENERAL
100 West Randolph Street
Chicago, IL 60601

*Counsel for Intervenor State of Illinois*


                                        /s/  Jordan M. Heinz  _____