## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BRENDA LEE and LEE EDWARDS;<br>PATRICIA TUCKER and INGRID SWENSON;<br>ELVIE JORDAN and CHALLIS GIBBS;<br>RONALD DORFMAN and KENNETH ILIO,<br>on behalf of themselves and all others similarly<br>situated, | )<br>)<br>)<br>)<br>)<br>) | |
| | ) | Case No. 1:13-cv-8719 |
| Plaintiffs, | )<br>) | Hon. Judge Sharon J. Coleman |
| v. | )<br>) | |
| DAVID ORR, in his official capacity as<br>COOK COUNTY CLERK, | )<br>)<br>) | |
| Defendant. | )<br>) | |
| STATE OF ILLINOIS, *ex rel.* Lisa Madigan,<br>Attorney General of the State of Illinois, | )<br>)<br>) | |
| Intervenor. | )<br>) | |

## <u>SUGGESTION OF DEATH OF PLAINTIFF RONALD DORFMAN</u>

TO THE CLERK OF THIS COURT AND ALL PARTIES AND THEIR COUNSEL:

Pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, Plaintiffs, by and through

their undersigned counsel, hereby give notice of the death of Plaintiff Ronald Dorfman. Before

he died, and as a result of this Court's Order of December 10, 2013 (Dkt. No. 25), decedent

Mr. Dorfman was able to marry his partner of 20 years, Plaintiff Kenneth Ilio, in a ceremony at

the Northwestern Memorial Hospital chapel on December 13, 2013.

Respectfully submitted,


/s/  Jordan M. Heinz

Jordan M. Heinz
Jeremy Press
Lally Gartel
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois  60654
Tel:  (312) 862-2000
Fax:  (312) 862-2200

Camilla B. Taylor
Christopher R. Clark
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
Midwest Regional Office
105 West Adams, Suite 2600
Chicago, Illinois  60603
Tel:  (312) 663-4413
Fax:  (312) 663-4307

John A. Knight
Harvey Grossman
Karen Sheley
ROGER BALDWIN FOUNDATION
OF ACLU, INC.
180 North Michigan Avenue, Suite 2300
Chicago, Illinois  60601
Tel:  (312) 201-9740
Fax:  (312) 288-5225

Marc O. Beem (Atty No. 00155284)
Zachary J. Freeman (Atty No. 06281413)
M. David Weisman (Atty No. 6230714)
Kay L. Dawson (Atty No. 6312631)\
MILLER SHAKMAN & BEEM LLP
180 North LaSalle Street, Suite 3600
Chicago, Illinois  60601
Tel:  (312) 263-3700
Fax:  (312) 263-3270

***Attorneys for Plaintiffs***


Dated:  February 11, 2014

## CERTIFICATE OF SERVICE

I, Jordan M. Heinz, an attorney, certify that on February 11, 2014, I caused the foregoing

document to be served via ECF and U.S. Mail on the following counsel:


Kent Ray
Paul Fangman
ASSISTANT STATE'S ATTORNEYS
500 Richard J. Daley Center
50 West Washington Street
Chicago, IL  60602

*Counsel for Defendant David Orr*


Richard Huszagh
Malini Rao
Christopher Kim
OFFICE OF THE ILLINOIS ATTORNEY GENERAL
100 West Randolph Street
Chicago, IL 60601

*Counsel for Intervenor State of Illinois*


/s/  Jordan M. Heinz _____