# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Brenda Lee, et al.

                Plaintiff,

v.

                                  Case No.: 1:13–cv–08719

David Orr                           Honorable Sharon Johnson Coleman

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 21, 2014:

        MINUTE entry before the Honorable Sharon Johnson Coleman: No genuine issue of material fact exists for a trier–of–fact to resolve therefore this Court grants summary judgment [35] in favor of the plaintiffs. Enter Memorandum Opinion and Order. Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.